1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  CYNTHIA B. DE NARDI, CSBN 256770
5  Special Assistant United States Attorney
       Social Security Administration
6      160 Spear St., Suite 800
7      San Francisco, CA  94105
       Telephone: (415) 977-8961
8      Facsimile: (415) 744-0134
9      Email: cynthia.denardi@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BARTLETT, JR., | No. 5:12-CV-01014-DTB |
| Plaintiff, | **~~PROPOSED~~ ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND DOLLARS ($4,000), subject to the terms of the Stipulation.  Under the terms of the Stipulation, payment may be delivered to Plaintiff's counsel.

Date: August 7, 2013

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-